# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JULIAN MULLINS,<br><br>        Plaintiff,<br><br>   v.<br><br>R. WENCIKER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-CV-00108 LJO DLB P<br><br>ORDER REQUIRING DEFENDANT WARDEN HOREL TO RESPOND TO PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDERS/PRELIMINARY INJUNCTIONS |

      Plaintiff Edward Julian Mullins ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 14, 2007, plaintiff filed a motion for preliminary injunction seeking an order mandating his transfer from Pelican Bay State Prison. On July 27, 2007, the district court denied plaintiff's motion. The District Court granted plaintiff's motion to reconsider and referred the case to the magistrate judge for further consideration.

      On August 10, 2007, plaintiff filed another motion for a temporary restraining order and/or preliminary injunction. He is seeking an order mandating his transfer from Pelican Bay State Prison based on new incidents which occurred after the first motion. Plaintiff again asserts that he fears for his safety and requests that he be transferred to a "soft level" prison facility where he will be free of risk of harm.

      On August 10, 2007, plaintiff also filed a second motion entitled "motion to dispense with requirement of security." He is requesting that the court grant a temporary injunction, or in the alternative a preliminary injunction, directing defendants to dismiss a report against him for battery

1

1  which resulted in his placement in administrative segregation at the Pelican Bay State Prison. In
2  plaintiff's motion for reconsideration he has indicated that he is on a hunger strike.
3         In light of the above, Defendant Warden Horel shall respond to all three motions for
4  temporary restraining order/preliminary injunctions within 20 days of this order. The court notes
5  that plaintiff is requesting the same relief in both the May 14, 2007 and August 10, 2007 motions
6  with regard to his request to transfer to another facility. The court also orders that defendant Horel
7  provide the court with information regarding the status of the plaintiff's health and hunger strike.
8  Counsel may make a special appearance for purposes of responding to these motions only.
9         Accordingly, IT IS HEREBY ORDERED as follows :
10        1) Defendant Robert Horel, Warden of Pelican Bay State Prison, shall respond to all three
11 temporary restraining orders within 20 days of this order in accordance with the above instructions;
12        2) Defendant Robert Horel shall provide the court with information regarding plaintiff's
13 hunger strike within 5 days from the date of this order;
14        3) Counsel may make a special appearance for purposes of responding to these motions only;
15        4) The clerk of the court shall serve : a) this order and plaintiff's amended complaint filed
16 August 25, 2006 (Doc. #2-9); b) Motion for Preliminary Injunction filed May 14, 2007 (Doc. #6);
17 c) Motion for Temporary Restraining Order filed May 10, 2007 (Doc. #11), d) Brief in Support of
18 Motion for Temporary Restraining Order/Preliminary Injunction filed on August 10, 2007
19 (Doc. # 12); e) Motion for Reconsideration filed on August 10, 2007, (Doc. #13), and f) Motion to
20 Dispense with the Requirement of Security filed on August 10, 2007 (Doc. #14) on the counsel listed
21 below:

            Brenda Lewis
            Assistant General Counsel
            California Department of Corrections and Rehabilitation
            P.O. Box 942883
            Sacramento, California 94283-001

   IT IS SO ORDERED.

   Dated:   **August 27, 2007**              **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE