# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JULIAN MULLINS, | CASE NO. 1:07-CV-00108 LJO DLB P |
| Plaintiff, | ORDER GRANTING MOTION FOR RECONSIDERATION |
| v. | |
| R. WENCIKER, et al., | (Doc. 13) |
| Defendants. | |

Plaintiff Edward Julian Mullins ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 14, 2007, plaintiff filed a motion for preliminary injunction seeking an order mandating his transfer from Pelican Bay State Prison. On May 18, 2007, the magistrate court judge recommended that plaintiff's motion be denied because the court did not have jurisdiction to rule on it. Specifically, the court noted that there was no case or controversy before the court since plaintiff's case had not been screened by the court and no defendants had been served. Further, the court recommended plaintiff's motion be denied because the defendants named in the motion were not listed in plaintiff's complaint. On May 30, 2007, plaintiff filed objections. The district court adopted the Findings and Recommendation on July 27, 2007. Plaintiff filed a motion to reconsider on August 10, 2007, wherein he states that he did name the defendants in an amended complaint filed on August 25, 2006.

Upon review of plaintiff's motion for reconsideration, plaintiff did file an amended complaint on August 25, 2006, and did name defendant Robert A. Horel, Warden of Pelican Bay State Prison,

1

one of the defendants named in plaintiff's motion for preliminary injunction in the amended complaint.

      Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for reconsideration is GRANTED, and that the case be referred back to the magistrate judge for further consideration.

      IT IS SO ORDERED.

**Dated:   August 24, 2007**                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE