UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JULIAN MULLINS, | 1:07-cv-00108-LJO-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 31) |
| vs. | **ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF/ TEMPORARY RESTRAINING ORDER** |
| R. WENCIKER, et al., | |
|     Defendants. | (Docs. 6, 11, 12, 14) |

Plaintiff, Edward Julian Mullins ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 19, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On November 8, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed October 19,
8  2007, are ADOPTED IN FULL;
9  2.  Plaintiff's motion for preliminary injunctive relief,
10  filed May 14, 2007, requesting his transfer to another facility
11  is DENIED; and,
12  3.  Plaintiff's motion for preliminary injunction, filed
13  August 10, 2007, requesting that the battery charges against him
14  be dismissed and that he be removed from administrative
15  segregation and transferred to another facility is DENIED.
16  IT IS SO ORDERED.
17  **Dated:    December 27, 2007**            /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE