# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JULIAN MULLINS,<br><br>            Plaintiff,<br><br>    v.<br><br>R. WENCIKER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-CV-00108 LJO DLB P<br><br>ORDER VACATING ORDER REQUIRING MONTHLY PAYMENTS<br><br>Doc. 34 |

Plaintiff Edward Julian Mullins ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case was transferred to this court on January 19, 2007 from the Central District.  Prior to the transfer, plaintiff was granted leave to proceed in forma pauperis and an order directing monthly payments from his inmate trust account pursuant to 28 U.S.C. § 1915 issued.

On September 19, 2007, this court erroneously entered a second order granting plaintiff leave to proceed in forma pauperis and order directing payments from his inmate trust account pursuant to 28 U.S.C. § 1915 (b)(2). Accordingly, this Court's Order Directing Payment of inmate Filing Fee issued September 19, 2007 at Document No. 22 is HEREBY VACATED.

    IT IS SO ORDERED.

   Dated:    **January 14, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1