IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MULLINS, | CASE No.: 1:07-cv-00108 LJO DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO CLARIFY RE AMENDMENT OF CLAIMS |
| vs. | |
| R. WENCIKER, et al., | (Docs. 47 and 55) |
| Defendants. | ORDER RELIEVING DEFENDANT WENCIKER OF OBLIGATION TO RESPOND TO COMPLAINT PENDING FURTHER NOTICE FROM COURT |

Plaintiff Edward J. Mullins ("plaintiff") is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2008, this court issued an order requiring plaintiff to either file an amended complaint curing the deficiencies in his claims as identified by the court, or notify the court that he did not wish to amend and wished to proceed only on those claims found to be cognizable. (Doc. 44). On May 5, 2008, plaintiff filed a notice stating that he did not wish to amend and wished to proceed on the claims found to be cognizable by the court. (Doc. 47.) Based on plaintiff's notice, the court issued a Findings and Recommendations recommending dismissal of plaintiff's claims against defendants Chapman, Carrasco, Liles, Camcacho, Valencia, McLaughlin and Rhodes for failure to state any claims upon which relief may be granted, and issued an order requiring plaintiff to fill out and submit a summons and USM-285 form for service of process on defendant

1

Wenciker. (Docs. 49, 50.) Plaintiff returned to service documents on June 5, 2008, and the court issued an order directing the United States Marshal to serve plaintiff's complaint on June 12, 2008. (Docs. 52, 53.) On June 13, 2008, plaintiff filed objections to the Findings and Recommendations, specifically objecting to the dismissal of defendant Chapman from this action. (Doc. 55.)

This court offered plaintiff the opportunity to file an amended complaint curing the deficiencies in his complaint, but plaintiff declined to do so. Because plaintiff declined to amend and requested that the action proceed on his complaint, the court directed the Marshal to initiate service. Plaintiff's decision to object to the Findings and Recommendations is inconsistent with plaintiff's decision to forego amending and proceed only on those claims found to be cognizable by the court. Plaintiff may not have it both ways by declining to amend and then objecting to the dismissal of his claims. If plaintiff does not agree with the recommendation to dismiss defendants Chapman, Carrasco, Liles, Camcacho, Valencia, McLaughlin and Rhodes, this action shall not be allowed proceed on plaintiff's complaint and plaintiff shall file an amended complaint. Plaintiff is required, by this order, to clarify his intention and explain why, after notifying the court that he did not wish to amend and wished to proceed on the claims found to be cognizable by the court, he is now objects to the dismissal of defendant Chapman from this action. Due to this issue, defendant Wenciker is relieved of his obligation to respond to plaintiff's complaint until further notice by this court.[1]

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, plaintiff shall file a written response to this order clarifying his intention and explaining why, after notifying the court that he did not wish to amend and wished to proceed on the claims found to be cognizable by the court, he is now objecting to the dismissal of defendant Chapman from the action; and

///
///
///

---

[1] Defendant Wenciker has not yet filed a waiver of service of summons.

2

2. Defendant Wenciker is relieved of his obligation to respond to plaintiff's complaint until further notice by the court.

IT IS SO ORDERED.

**Dated:** **June 30, 2008**          /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE