1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   EDWARD J. MULLINS,                          CASE No.: 1:07-cv-00108 LJO DLB PC

12                  Plaintiff,            _____ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS, AND DISMISSING
13                                               CHAPMAN, CARRASCO, LILES, CAMACHO,
                                                 VALENCIA, McLAUGHLIN and RHODES FROM
14                                               THE ACTION.
                          vs.
15   R. WENCIKER, et al.,                         (Doc. 49)

16                  Defendants.

17   _____/

18
           Plaintiff Edward Mullins ("plaintiff") is a state prisoner proceeding pro se in this civil rights
19
     action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge
20
     pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
21
           On April 4, 2008, this court issued an order requiring plaintiff to either file an amended
22
     complaint curing the deficiencies in his claims as identified by the court, or notify the court that he did
23
     not wish to amend and wished to proceed only on those claims found to be cognizable. On May 5, 2008,
24
     plaintiff filed a notice stating that he did not wish to amend and wished to proceed on the claims found
25
     to be cognizable by the court. Based on plaintiff's notice, the court issued a Findings and
26
     Recommendations recommending dismissal of plaintiff's claims against defendants Chapman, Carrasco,
27
     Liles, Camcacho, Valencia, McLaughlin and Rhodes for failure to state any claims upon which relief
28

                                                      1

1   may be granted, and issued an order requiring plaintiff to fill out and submit a summons and USM-285

2   form for service of process on defendant Wenciker. Plaintiff returned to service documents on June 5,

3   2008, and the court issued an order directing the United States Marshal to serve plaintiff's complaint on

4   June 12, 2008.

5          On June 13, 2008, plaintiff filed objections to the Findings and Recommendations, specifically

6   objecting to the dismissal of defendant Chapman from this action.  Because plaintiff's objections were

7   inconsistent with his decision not to amend, the Magistrate Judge ordered plaintiff to clarify his

8   intentions, and relieved defendant Wenciker from filing a response to the complaint pending further

9   court order.  Plaintiff filed a response to the order on July 17, 2008, stating that he does not wish to

10  amend his complaint, and only filed objections because he thought he was required to do so.

11         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de

12  novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

13  Recommendations to be supported by the record and by proper analysis.

14         Accordingly, IT IS HEREBY ORDERED that:

15         1.      The Findings and Recommendations, filed May 15, 2008, is adopted in full;

16         2.      Plaintiff's claims against defendants Chapman, Carrasco, Liles, Camacho, Valencia,

17                 McLaughlin and Rhodes are dismissed for failure to state a claim;

18         3.      This action shall proceed only against defendant Wenciker on plaintiff's due process

19                 claim; and

20         4.      Defendant Wenciker shall file a response to plaintiff's complaint within thirty-five days

21                 of service of this order.

22

23  IT IS SO ORDERED.

24  **Dated:    August 5, 2008**                          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

25

26

27

28

                                                   2