# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J MULLINS, | CASE NO. 1:07-cv-00108-LJO DLB PC |
| Plaintiff, | |
| v. | ORDER RE: PLAINTIFF'S MOTION TO AMEND COMPLAINT |
| R. WENCIKER, | (Doc. 73) |
| Defendant. | |

**Background**

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. §1983. On May 15, 2008, the Court screened Plaintiff's complaint filed on July 24, 2006 (Doc. 1-6), and issued a Findings and Recommendations recommending that this action proceed only against defendant Wenciker on Plaintiff's due process claims, and that the remaining defendants be dismissed from this action. (Doc. 49). Plaintiff did not file an objection and on August 5, 2008, this Court issued an Order adopting the Findings and Recommendations. (Doc. 59). Defendant Wenciker filed an answer to the complaint on September 3, 2008, and the Court subsequently issued a Discovery and Scheduling Order. (Docs. 62, 64).

**Motion to Amend Complaint**

On October 6, 2008, Plaintiff filed a motion to amend his complaint (Doc. 73). In his

1

1  motion, Plaintiff states that he was previously granted leave to amend his July 24, 2006 complaint,
2  and had filed an amended complaint on August 25, 2006. Plaintiff states that the Court should have
3  screened his amended complaint, and not his original complaint filed July 24, 2006. Plaintiff states
4  that he was not aware of the mistake earlier because he is on strip cell status in administrative
5  segregation, and without his legal property.

6       A review of the Court docket indicates that Plaintiff filed an amended complaint on August
7  25, 2006. (Doc. 2-8). Accordingly:

8   1.  Plaintiff may elect to proceed with his complaint filed on July 24, 2006. If Plaintiff
9       so chooses, the parties shall proceed with this litigation as set forth in the Court's
10      Discovery and Scheduling Order, and the Court shall rule on Plaintiff's pending
11      motions for summary judgment;

12  2.  Plaintiff may elect to proceed with his amended complaint filed on August 25, 2006.
13      If Plaintiff so chooses, the Court will vacate the Findings and Recommendations
14      recommending that this action proceed only against defendant Wenciker, the order
15      adopting the Findings and Recommendations, and the Discovery and Scheduling
16      Order. Plaintiff's pending motions for summary judgment will be disregarded. No
17      further action will be taken in this case until the Court screens Plaintiff's August 25,
18      2006 complaint; or

19  3.  Plaintiff may elect to file a second amended complaint within 30 days of service of
20      this order. If Plaintiff so chooses, the Court will vacate the Findings and
21      Recommendations recommending that this action proceed only against defendant
22      Wenciker, the order adopting the Findings and Recommendations, and the Discovery
23      and Scheduling Order. Plaintiff's pending motions for summary judgment will be
24      disregarded. No further action will be taken in this case until the Court screens
25      Plaintiff's second amended complaint.

26      Accordingly, within 15 days of service of this order, Plaintiff shall notify the Court in writing
27  of his decision. Plaintiff is advised that if he chooses Option #3, he must file a second amended
28  complaint within 30 days of service of this order.

1  No further action is required from defendant Wenciker at this time.

2  Failure to comply with this court will result in the recommendation that this action be
3  dismissed for failure to obey a court order.

4  IT IS SO ORDERED.

5  **Dated:   October 29, 2008**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE