# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JULIAN MULLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. WENCIKER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-CV-00108 LJO DLB PC<br><br>ORDER DISREGARDING MOTIONS FOR SUMMARY JUDGMENT<br><br>(Docs. 61, 66) |

　　　　Plaintiff Edward Julian Mullins ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2008 and September 26, 2008, Plaintiff filed two motions for summary judgment (Docs. 61, 66). On October 31, 2008 Plaintiff filed a motion withdrawing his pending motions for summary judgment, and filed a second amended complaint on November 13, 2008.

　　　　Accordingly, Plaintiff's motions for summary judgment, filed August 28, 2008 and September 26, 2008 are DISREGARDED.


　　　IT IS SO ORDERED.

　　　**Dated:　January 23, 2009**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1