# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JULIANO MULLINS, | CASE NO. 1:07-cv-00108-LJO-DLB PC |
| Plaintiff, | ORDER RE REQUEST FOR INFORMATION |
| v. | (Doc. 40) |
| WENCIKER et al., | |
| Defendants. | |

Plaintiff Edward Juliano Mullins ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 19, 2007, this case was transferred from the Central District of California. On March 11, 2008, Plaintiff filed a document entitled "Request for Information, and Requesting that Defendants be Served By Court Copies of the Latest Filings". (Doc. 40). Plaintiff indicates that he does not remember the case number, nor the name and address for service for defendants. Plaintiff also requests that the Court serve defendants with the his latest filings. It appears that Plaintiff is referring to his request for a temporary restraining order, filed February 28, 2008. (Doc. 39).

Plaintiff is advised that defendant R. Wenciker is represented by the Office of the Attorney General. Defendant's address for service is:

> Constance Lee Picciano
> Office of the Attorney General
> 1300 I Street, Ste. 1101
> P.O. Box 944255
> Sacramento, California, 94244-2550

1

1 Plaintiff's motion for a temporary restraining order was addressed and denied by order issued
2 September 10, 2008, thus mooting Plaintiff's request for service of the motion upon defendant. (Doc.
3 60, 63).

4 IT IS SO ORDERED.

5 Dated: **February 18, 2009**              /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE