IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MULLINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>R. WENCIKER, et al.,<br><br>    Defendants.<br>_____/ | 1:07-cv-00108-LJO-DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Motion#90)<br><br>30-DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2009, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations.

    IT IS SO ORDERED.

    Dated:   **April 30, 2009**           /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE