# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MULLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. WENCIKER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00108-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR  PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. 96) |

Plaintiff Edward J. Mullins, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 11, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On June 22, 2009, plaintiff filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 11, 2009, is adopted in full; and

2. Plaintiff's motion for a temporary restraining order and/or preliminary injunctive relief, filed February 12, 2009, is DENIED.IT IS SO ORDERED.

**Dated:    July 23, 2009**                    **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE