IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MULLINS, | CASE NO. 1:07-cv-00108 LJO DLB PC |
| Plaintiff, | ORDER DISREGARDING AS MOOT REQUEST FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT |
| v. | |
| R. WENCIKER, | (Docs. 115, 116) |
| Defendant. / | |

Plaintiff Edward J. Mullins ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff had previously moved for, and was granted, entry of default against Defendant R. Wenciker ("Defendant"). However, on December 3, 2009, the Court issued an order granting Defendant's motion to set aside entry of default and setting a responsive pleading deadline of December 17, 2009. Defendant filed an answer to Plaintiff's complaint on December 17, 2009.

On December 23 and December 24, 2009, Plaintiff filed a request for entry of default and motion for default judgment. Because Defendant complied with the Court's order in a timely manner, Plaintiff's request and motion are rendered moot and therefore disregarded.

IT IS SO ORDERED.

Dated:   December 29, 2009                            /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE

1