# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MULLINS,<br><br>           Plaintiff,<br><br>     v.<br><br>R. WENCIKER, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:07-CV-00108-LJO-DLB PC<br><br>ORDER GRANTING MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(DOC. 132)<br><br>Discovery cut-off date: 9/20/2010<br>Dispositive motion deadline: 11/29/2010 |

On August 17, 2010, Defendants submitted a motion to modify the discovery and scheduling order. Pursuant to Federal Rule of Civil Procedure 16(f)(4), and good cause appearing, it is HEREBY ORDERED that Defendants' motion to modify the discovery and scheduling order is GRANTED. The discovery cut-off date is September 20, 2010, and the dispositive motion deadline is November 29, 2010.

IT IS SO ORDERED.

Dated:   **August 18, 2010**          **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE