# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EDWARD J. MULLINS,

                Plaintiff,

   v.

R. WENCIKER, et al.,

                Defendants.

_____/

CASE NO. 1:07-CV-00108-LJO-DLB PC

ORDER VACATING FINDINGS AND
RECOMMENDATION

(DOC. 161)

      Plaintiff Edward J. Mullins ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for preliminary injunctive relief filed October 22, 2010. Doc. 159. Plaintiff also filed a motion to dispense of the requirement for security to be posted pursuant to Federal Rule of Civil Procedure 65(c). On December 3, 2010, the Court issued Findings and Recommendation, recommending denial of Plaintiff's motions. Doc. 161. However, the Court did not include instructions regarding filing objections. Accordingly, the Court's Findings and Recommendation, filed December 3, 2010, is HEREBY VACATED. The Court will issue a separate Findings and Recommendation.

      IT IS SO ORDERED.

**Dated:**   **December 15, 2010**            **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE