# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MULLINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. WENCIKER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-CV-00108-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC. 163) |

　　　　Plaintiff Edward J. Mullins ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 16, 2010, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty days.  Neither party filed a timely Objection to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　　The Findings and Recommendations, filed December 16, 2010, is adopted in full;

　　　　2.　　　　Plaintiff's motion for preliminary injunctive relief and motion to dispense of security deposit, filed October 22, 2010, are DENIED.

IT IS SO ORDERED.

**Dated:　　January 28, 2011**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE