# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MULLINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. WENCIKER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-CV-0108-LJO-DLB PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER (DOC. 165)<br><br>Dispositive motion deadline: 02/28/2011 |

　　　Plaintiff Edward J. Mullins ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant R. Wenciker. Pending before the Court is Defendant's motion to modify the scheduling order.  Defendant requests that the dispositive motion deadline, currently set for January 28, 2011, be extended to February 28, 2011.

　　　Defendant's counsels contends that he needs additional time due to numerous matters with pressing deadlines that could not be moved.  Defs.' Mot., Jeffrey Steele Decl., Doc. 165. Modification of the scheduling order requires a showing of good cause.  Fed. R. Civ. P. 16(b)(4). The Court finds sufficient good cause has been presented by Defendant.

　　　Accordingly, it is HEREBY ORDERED that Defendant's motion for modification of the scheduling order, filed January 27, 2011, is GRANTED.  The dispositive motion deadline is February 28, 2011.

　　　IT IS SO ORDERED.

　　Dated:　**February 1, 2011**　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1