IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JULIANO MULLINS, | 1:07-CV-00108-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S SECOND MOTION FOR MODIFICATION OF SCHEDULING ORDER |
| vs. | |
| R. WENCIKER, | (Motion#168) |
| Defendant. | MARCH 30, 2011 DISPOSITIVE MOTION DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2011, Defendant filed a motion to modify the scheduling order. Defendant's counsel contends that he has been diligent in pursuing this matter, but was unable to file a timely motion for summary judgment because of several other pending actions he is litigating.

Modification of a scheduling order requires showing of good cause. Fed. R. Civ. P. 16(b)(4). The Court finds good cause has been shown. However, the Court will not grant any further modifications.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendant's motion for modification of the scheduling order is granted. The parties are granted up to and including March 30, 2011 in which to file a motion for summary judgment.

IT IS SO ORDERED.

Dated:   March 14, 2011              /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE