# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MULLINS, | CASE NO. 1:07-CV-00108-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| R. WENCIKER, et al., | (DOC. 170) |
| Defendants. | RESPONSE DUE WITHIN TWENTY-ONE (21) DAYS |

   Plaintiff Edward J. Mullins ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant R. Wenciker. On March 28, 2011, Defendant filed a motion for summary judgment. Doc. 170. As of the date of this order, Plaintiff has not filed an opposition, statement of non-opposition, or otherwise responded to Defendant's motion.

   Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or statement of non-opposition to Defendant's motion for summary judgment within twenty-one (21)days from the date of service of this order. Failure to timely respond will be construed as a waiver of the opportunity to file opposition.

   IT IS SO ORDERED.

   Dated:   July 21, 2011           /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE